O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-21-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH RAY RICE,                    )    Case No.  EDCV 14-2145-AB (RNB)
                                    )
                  Petitioner,       )    ORDER ACCEPTING FINDINGS
                                    )    AND RECOMMENDATIONS
        vs.                         )    OF UNITED STATES
                                    )    MAGISTRATE JUDGE
                                    )
W.L. MONTGOMERY, Warden,            )
                                    )
                  Respondent.       )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, the original Report and Recommendation of the United States Magistrate Judge and petitioner's objections thereto, and the Supplemental Report and Recommendation of United States Magistrate Judge.  No objections to the Supplemental Report and Recommendation have been filed herein.  Further, the Court has engaged in a de novo review of those portions of the original Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

//

//

1    IT THEREFORE IS ORDERED that (1) petitioner's request for an

2  evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and

3  dismissing this action with prejudice.

4  DATED: _____4/10/15_____

5

6

7                                 ANDRE BIROTTE, JR.

8                                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28